IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY WRIGHT | : | CIVIL ACTION |
| v. | : | |
| ROBERT COLLINS, et al. | : | NO. 12-2414 |

ORDER

AND NOW, this 21st day of January, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and the objections filed by petitioner, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The objections are overruled;
3. The petition for a writ of habeas corpus is DISMISSED;
4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Mary A. McLaughlin____
MARY A. McLAUGHLIN, J.